IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| John White, Jr., | ) | C.A. # 9:07-3052-PMD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Malphus Construction Company, | ) | |
| Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court upon the magistrate judge's recommendation that defendant's motion for summary judgment be granted.  The record includes the report and recommendation of the United States Magistrate Judge made in accordance with this Court's Order of Reference and 28 U.S.C. § 636(b)(1)(B).  Because petitioner is pro se, this matter was referred to the magistrate judge.[1]

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report.  28 U.S.C. § 636(b)(1).  No objections have been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law.  For the reasons articulated by the magistrate judge, it is **ORDERED**

---

[1]Pursuant to the provisions of Title 28 United States Code, § 636(b)(1)(B), and Local Rule 73.02(B)(2)(g), D.S.C., the magistrate judge is authorized to review all pretrial matters and submit findings and recommendations to this Court.

that all claims except the violation of S.C. Code § 41-1-80 is dismissed on plaintiff's unopposed

motion, and defendant's  motion for summary judgment on plaintiff's claim of a violation of S.C.

Code § 41-1-80 is **GRANTED,**  and the case is hereby dismissed.

　　　　**ORDERED**, that the magistrate judge's report and recommendation is adopted as the order

of this Court.

　　　　**AND IT IS SO ORDERED.**

PATRICK MICHAEL DUFFY
United States District Judge

September 15, 2008
Charleston, South Carolina